UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **OMAR RAMIREZ,** | ) |
| Plaintiff, | ) Case No. CV 13-7807 AJW |
| v. | ) **J U D G M E N T** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of the Social Security Administration,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

October 29, 2014

_____
ANDREW J. WISTRICH
United States Magistrate Judge